The next station is 07-5164, Lincoln-Utah-United States. The next station is 07-5164, Lincoln-Utah-United States, and the next station is